```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 23853
   NICOLE GLOVER
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3711


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/19/2007 and was not confirmed.

     The case was dismissed without confirmation 03/24/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------

ILLINOIS STATE TOLL HIGH  UNSECURED          5234.60          .00           .00
ACC CONSUMER FINANCE      SECURED VEHIC      9740.00          .00           .00
INTERNAL REVENUE SERVICE  PRIORITY          NOT FILED         .00           .00
BRIDGEVIEW TRAFFIC COURT  UNSECURED         NOT FILED         .00           .00
CITY OF CHICAGO PARKING   UNSECURED         NOT FILED         .00           .00
CHASE TAX RELATED PRODUC  UNSECURED          1076.00          .00           .00
ILLINOIS SECRETARY OF ST  UNSECURED         NOT FILED         .00           .00
US BANK                   UNSECURED           347.80          .00           .00
US CELLULAR               UNSECURED         NOT FILED         .00           .00
AMERICAS FINANCIAL CHOIC  UNSECURED          1847.59          .00           .00
AFFINITY CASH LOANS       UNSECURED         NOT FILED         .00           .00
ACCOUNT RECOVERY SERVICE  UNSECURED         NOT FILED         .00           .00
COMCAST                   UNSECURED         NOT FILED         .00           .00
AFNI                      UNSECURED         NOT FILED         .00           .00
ER SOLUTIONS INC          UNSECURED         NOT FILED         .00           .00
ASSET ACCEPTANCE LLC      UNSECURED            73.01          .00           .00
ASSET ACCEPTANCE LLC      UNSECURED           735.27          .00           .00
ASSET ACCEPTANCE LLC      UNSECURED           796.59          .00           .00
ILLINOIS DEPT OF REV      PRIORITY            841.19          .00           .00
ILLINOIS DEPT OF REV      UNSECURED           194.20          .00           .00
PRO SE DEBTOR             DEBTOR ATTY           .00                         .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 23853 NICOLE GLOVER
```

```
DEBTOR REFUND                                                            .00
                                         ---------------  ---------------
TOTALS                                               .00              .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 06/25/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE